IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

K. DeWAYNE GRAVITT,

    Plaintiff,

vs.

HUGH SMITH, Warden; P. OLIVER; M. S. FLEMING; JOHNNY SMITH; DEBRA M. KIGHT; ROB KIRKLAND; PHIL THEAD; J. REAVES; SANDRA MOORE; BRIAN TOMLIN; THURBERT BAKER, Attorney General; ALEN A. ADAMS, and Counselor ROUNDTREE,

    Defendants.

CIVIL ACTION NO.: CV604-124

## ORDER

Plaintiff has filed a Motion for Court Intervention asserting that his legal materials have been confiscated. He seeks an Order directing that all of his legal papers be returned. Plaintiff's Motion for Court Intervention is **DENIED**. This civil action is closed. If Plaintiff seeks relief from the Court, he may file a new complaint.

**SO ORDERED**, this 20 day of March, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE